BRYAN Y.Y. HO
Attorney At Law, A Law Corporation

BRYAN Y.Y. HO          3962-0
Suite 909, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 541-9799
Facsimile: (808) 533-8800
E-mail: bryanho@admiraltyattys.com

Attorney for Intervenor,
EXPRESS SEA TRANSPORT CORP.

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| COSCO BULK CARRIER CO., LTD. ) | Civil No. CV 07-00483 HG/BMK |
| ) | |
| Applicant, ) | EXPRESS SEA TRANSPORT CORP.'S |
| ) | MEMORANDUM IN OPPOSITION TO |
| vs. ) | INTERVENOR, FAIRPLAY MARITIME, |
| ) | LTD.'S, MOTION FOR FINDING OF |
| ) | CONTEMPT AND SANCTIONS; AND |
| AGRENCO MADEIRA, ) | CERTIFICATE OF SERVICE |
| ) | |
| Respondent ) | Hearing Date: November 19, 2007 |
| ) | Time: 1:30 p.m. |
| ) | Judge: Honorable Barry M. Kurren |
| ) | |
| ) | |
| _____ ) | |

KINDSEAS\ESTC\004

EXPRESS SEA TRANSPORT CORP.'S MEMORANDUM
IN OPPOSITION TO INTERVENOR, FAIRPLAY MARITIME,
LTD.'S, MOTION FOR FINDING OF CONTEMPT AND SANCTIONS

COMES NOW Intervenor, EXPRESS SEA TRANSPORT CORP. ("ESTC"), through its attorney, BRYAN Y.Y. HO, AAL, ALC, and submits this memorandum in opposition to Intervenor, Fairplay Maritime, Ltd.'s, Motion for Finding of Contempt and Sanctions.

ESTC incorporates by reference, as though fully and completely set forth herein, in opposition to Fairplay's Motion for Finding of Contempt and Sanctions, all arguments, the declaration of Bryan Y.Y. Ho, and exhibits submitted and referenced in support of ESTC's Motion For Certification of Facts to A District Judge for an Order to Show Cause why Fairplay Maritime, Ltd. and its Attorneys, Should not be Adjudged in Civil Contempt of the Order Granting Cosbulk's Application for Discovery, Filed September 7, 2007.  ESTC's Motion was electronically filed with this Honorable Court at 2:14 p.m., on October 31, 2007.

DATED: Honolulu, Hawaii; October 31, 2007.

/s/ BRYAN Y.Y. HO

Attorney for Intervenor,
EXPRESS SEA TRANSPORT CORP.

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| COSCO BULK CARRIER CO., LTD. | ) | Civil No. MC 07-00483 HG/BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| AGRENCO MADEIRA, | ) | |
| | ) | |
| Respondent | ) | |
| _____ | ) | |

KINDSEAS\ESTC\004

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 31st day of October, 2007, a true and correct copy of Express Sea Transport Corp.'s Memorandum in Opposition to Intervenor, Fairplay Maritime, Ltd.'s, Motion for Finding of Contempt and Sanctions, in the above-entitled matter was served electronically through CM/ECF to the following at the address set out below:

| | |
|---|---|
| NENAD KREK, ESQ. | nkrek@carlsmith.com |
| ROBERT K. FRICKE, ESQ. | rfricke@goodsill.com |
| ROBERT G. FRAME, ESQ. | info@framenakano.com |

/s/ Bryan Y.Y. Ho

Attorney for Intervenor,
EXPRESS SEA TRANSPORT CORP.